Superior Court
of the
State of Delaware

Jan R. Jurden
*President Judge*

Leonard. L. Williams Justice Center
500 North King Street, Suite 10400
Wilmington, Delaware 19801-3733
Telephone (302) 255-0665

September 30, 2020

Jonathan A. Choa
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899

  **RE: Carter Page v. Oath, Inc., C.A. No. S20C-07-030 CAK**

Dear Mr. Choa:

  The Court received your letter requesting that this case be assigned to the Complex Commercial Litigation Division ("CCLD").

  The Court declines to transfer this case to the CCLD. This case sounds in tort, not in complex commercial litigation.

  **IT IS SO ORDERED**.

        Yours very truly,

        /s/Jan R. Jurden

        Jan R. Jurden
        President Judge

JRJ:mls
cc: Prothonotary
   The Honorable Craig A. Karsnitz
   Sean J. Bellew, Esquire